Same case below, 330 Wis. 2d 496, 792 N.W.2d 239.

**No. 10-10420. Maurice Benn, Petitioner v. United States.**

**No. 10-10556. Gregory Gaines, Petitioner v. United States.**

564 U.S. 1026, 131 S. Ct. 3039, 180 L. Ed. 2d 859, 2011 U.S. LEXIS 4759.

June 20, 2011. Petitions for writs of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same cases below, 414 Fed. Appx. 206.

**No. 10-10489. Timothy Jay King, Petitioner v. United States.**

564 U.S. 1027, 131 S. Ct. 3040, 180 L. Ed. 2d 859, 2011 U.S. LEXIS 4623.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 410 Fed. Appx. 757.

**No. 10-10530. Jaime Antonio Martinez, Petitioner v. United States.**

564 U.S. 1027, 131 S. Ct. 3040, 180 L. Ed. 2d 859, 2011 U.S. LEXIS 4781.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-10538. Peter Whyte, Petitioner v. Wisconsin.**

564 U.S. 1027, 131 S. Ct. 3041, 180 L. Ed. 2d 859, 2011 U.S. LEXIS 4768.

June 20, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District III, denied.

**No. 10-10542. Marcus R. Johnson, Petitioner v. Steven Upton, Warden.**

564 U.S. 1027, 131 S. Ct. 3041, 180 L. Ed. 2d 859, 2011 U.S. LEXIS 4666.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 615 F.3d 1318.

**No. 10-10547. Russell N. Donovan, III, Petitioner v. United States.**

564 U.S. 1027, 131 S. Ct. 3041, 180 L. Ed. 2d 859, 2011 U.S. LEXIS 4679.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 410 Fed. Appx. 979.

**No. 10-10550. Veronica Vincent, Petitioner v. United States.**

564 U.S. 1027, 131 S. Ct. 3041, 180 L. Ed. 2d 859, 2011 U.S. LEXIS 4601.

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-10551. Deborah Cummings, aka Deborah Davila, Petitioner v. United States.**

564 U.S. 1027, 131 S. Ct. 3041, 180 L. Ed. 2d 859, 2011 U.S. LEXIS 4784,

June 20, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.